**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA - GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: | * CASE NO. 22-20566-jrs |
| | * |
| Billy Laron Robinson | * CHAPTER 13 |
| AKA Billy LaRonde Robinson | * |
| AKA Billy L. Robinson, Sr. | * |
| | * |
| Debtor. | * |

## MOTION TO EXCUSE DEFAULT IN PAYMENTS TO CHAPTER 13 TRUSTEE

**COMES NOW** Debtor, and through counsel, files this *Motion to Excuse Default in Payments to Chapter 13 Trustee*, showing to this Honorable Court the following:

1.

Debtor filed a Petition constituting an Order For Relief under Title 11 U.S.C. Chapter 13 on June 24, 2022.

2.

Debtor's Chapter 13 Plan was confirmed on January 11, 2023.

3.

Debtor's plan calls for payments to the Trustee of $1,045.00 per month.

4.

Debtor has defaulted in the payments under the confirmed plan.

5.

Debtor must relocate his mobile home to a new lot and needs to cover the costs related to relocation.

6.

Debtor respectfully requests that the Court excuse the default in plan payments for the months of August, September and October 2024, inclusive. Debtor shall resume making the plan payments in November 2024, at which time Debtor shall modify the plan and schedules to cure any term problem that might exist.

**WHEREFORE**, Debtor prays that this *Motion to Excuse Default in Payments to Chapter 13 Trustee* be granted.

Respectfully submitted,

/s/_____
Celia R. Washington, GA Bar No. 044108
Attorney for Debtors

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta  GA   30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 22-20566-jrs |
| | * | |
| Billy Laron Robinson | * | CHAPTER 13 |
| AKA Billy LaRonde Robinson | * | |
| AKA Billy L. Robinson, Sr. | * | |
| | * | |
| Debtor. | * | |

### NOTICE OF HEARING ON MOTION TO EXCUSE
### DEFAULT IN PAYMENTS TO CHAPTER 13 TRUSTEE

**PLEASE TAKE NOTICE** that Billy Laron Robinson filed a *Motion to Excuse Default in Payments to Chapter 13 Trustee* and related papers with the Court seeking and order to have a default in Debtor's plan payments excused.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **9:40 A.M**. on **August 8, 2024,** in Courtroom **103**, United States Courthouse, **121 Spring Street SE Gainesville, GA 30501**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including

addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 120, 121 Spring Street SE Gainesville, GA 3050. You must also mail a copy of your response to the undersigned at the address stated below.

Date: 7/16/2024

                                            Respectfully submitted,

                                            /s/_____
                                            Celia R. Washington, GA Bar No. 044108
                                            Attorney for Debtors

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta  GA  30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

## **CERTIFICATE OF SERVICE**

I certify that on the 16th day of __July__ 2024, I electronically filed the foregoing *Motion to Excuse Default in Payments to Chapter 13 Trustee* and *Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nancy J Whaley, the Standing Chapter 13 Trustee

I further certify that on this day I caused a copy of this document to be served via the United States First Class Mail, with adequate postage prepaid or overnight mail on the following parties at the address shown for each.

Billy Laron Robinson
5207 Ramble Trail
Buford GA 30518

And, in the same manner, I served the parties listed in the attached matrix at the addresses indicated therein.

DATE: 7/16/2024

/s/
Celia R. Washington, GA Bar No. 044108
Attorney for Debtors
Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-2<br>Case 22-20566-jrs<br>Northern District of Georgia<br>Gainesville<br>Fri Jul 12 15:47:31 EDT 2024 | AcceptanceNOW<br>Attn: Bankruptcy<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 | Affinity Federal Credit Union<br>Attn: Bankruptcy<br>73 Mountainview Boulevard<br>Basking Ridge, NJ 07920-2332 |
| Affinity Federal Credit Union<br>c/o Saldutti Law Group<br>1040 Kings Highway N., Suite 100<br>Cherry Hill, NJ 08034-1925 | Avante USA Ltd.<br>3600 South Gessner Road<br>Suite 225<br>Houston, TX 77063-5357 | Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd<br>Sherman Oaks, CA 91411-2546 |
| E. L. Clark<br>Clark & Washington, LLC<br>Bldg. 3<br>3300 Northeast Expwy.<br>Atlanta, GA 30341-3932 | Collection Services of Athens, Inc.<br>Attn: Bankruptcy<br>Po Box 8048<br>Athens, GA 30603-8048 | Julian T. Cotton<br>Padgett Law Group<br>Ste 1060<br>3490 Piedmont Road NE<br>Atlanta, GA 30305-4813 |
| Credit Management LP<br>6080 Tennyson Parkway<br>Suite 100<br>Plano, TX 75024-6002 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | GTSC, LLC c/o Triad Financial Services<br>13901 Sutton Park Dr. S #300<br>Jacksonville, FL 32224-0230 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Christopher Giacinto<br>Padgett Law Group<br>Suite 203<br>6267 Old Water Oak Road<br>Tallahassee, FL 32312-3858 | Internal Revenue Service<br>401 W. Peachtree St., NW<br>Stop #334-D<br>Room 400<br>Atlanta, GA 30308 |
| John A. Medina<br>Kenney & Medina, PC<br>593 Main Street<br>Suwanee, GA 30024-2228 | Pink Dogwood 13, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 |
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Billy Laron Robinson<br>5207 Ramble Trail<br>Buford, GA 30518-1792 | Security Finance<br>Attn: Centralized Bankruptcy<br>Po Box 1893<br>Spartanburg, SC 29304-1893 |
| Triad Financial Services<br>Attn: Bankruptcy<br>13901 Sutton Park Drive South, Suite 300<br>Jacksonille, FL 32224-0230 | U.S. Department of Education<br>Ecmc/Attn: Bankruptcy<br>P.O. Box 16408<br>Saint Paul, MN 55116-0408 | US Department of Education<br>PO Box 16448<br>Saint Paul MN 55116-0448 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>Suite 120, Truist Plaza Garden Offices<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1216 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century BLVD NE Suite 9100
Atlanta, GA 30345-3202


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)GTSC, LLC c/o Triad Financial Services, In        (u)Sun Communities, Inc. d/b/a Countryside Vi        End of Label Matrix
                                                                                                      Mailable recipients    25
                                                                                                      Bypassed recipients     2
                                                                                                      Total                  27